UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DANTE PATTISON,

                              Plaintiff,

      v.

TOLOTTI, et al.,

                              Defendants.

Case No. 3:26-cv-00108-ART-CSD

**ORDER**

On February 12, 2026, Nevada prisoner Dante Pattison submitted a 371-page filing titled "Exhibits to Civil Rights Complaint Vol. 2" without a case number and captioned "Pattison v. Lt. Tolotti, et al." (ECF Nos. 1-1, 1-2, 1-3.) This initiated a new case. But it is unclear if Pattison intended for this filing to open a new case because (1) the filing is not accompanied by a separate complaint or an attempt to address the filing fee; and (2) two days before this filing, Pattison initiated a new case by submitting a complaint listing Lt. Tolotti as the first of multiple defendants along with an application to proceed *in forma pauperis* by an inmate in NDOC custody. *See Pattison v. Tolotti, et al.*, Case No. 3:26-cv-00107-MMD-CLB, ECF Nos. 1-1 at 1; 1 (D. Nev. Feb. 10, 2026). It thus appears that Pattison might have intended for his Exhibits to Civil Rights Complaint Vol. 2 to be filed in Case No. 3:26-cv-00107-MMD-CLB.

If so, then Pattison must file a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this case and asking the Court to file his Exhibits to Civil Rights Complaint Vol. 2 in Case No. 3:26-cv-00107-MMD-CLB. Alternatively, if Pattison intends for this to be its own case, then he must submit a signed complaint and address the matter of the filing fee in this action **by March 23, 2026**. And Pattison must list the case number in the caption of all documents that he files with the Court to ensure that they are filed in the correct case.

/ / /

/ / /

## I.   DISCUSSION

### A.   Pattison must submit a complaint if he wants this action to proceed.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. Because Pattison is representing himself, he must personally sign every filing he submits to the Court. *See* Fed. R. Civ. P. 11(a).

### B.   Pattison must address the filing fee if he wants this action to proceed.

This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $405, which includes the $350 filing fee and $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1. Effective December 8, 2025, Nevada Department of Corrections inmates filing lawsuits in the U.S. District Court for the District of Nevada are directed to apply for *in forma pauperis* status using the form titled "Application to Proceed *In Forma Pauperis* by an Inmate in NDOC Custody." Pauper status does not relieve inmates of their obligation to pay the filing fee, it just means that an inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II.   CONCLUSION

It is therefore ordered that if Pattison does not intend for this lawsuit to be its own case, then he must file a notice of voluntary dismissal under FRCP 41(a)(1)(A)(i) in this case and ask the Court to file his "Exhibits to Civil Rights Complaint Vol. 2" in his earlier-filed Case No. 3:26-cv-00107-MMD-CLB.

Alternatively, if Pattison intends for this lawsuit to be its own case, it is further ordered that he has until March 23, 2026, to accomplish the following two tasks:

(1) Submit a signed complaint in this case;

(2) And <u>either</u> pay the full $405 filing fee <u>or</u> file a completed Application to Proceed *In Forma Pauperis* by an Inmate in NDOC Custody in this case.

Pattison is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Pattison to refile the case with the Court, under a <u>new</u> case number, when he can submit a complaint and address the matter of the filing fee.

The Clerk of Court is directed to send Pattison this Court's approved 42 U.S.C. § 1983 complaint form with instructions and application to proceed *in forma pauperis* by an NDOC inmate with instructions.

DATED: February 20, 2026.

_____
UNITED STATES MAGISTRATE JUDGE